FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2021

No. 04-21-00435-CV

**IN THE ESTATE OF RICARDO LEAL MARTINEZ, DECEASED,**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2016PC1266
Honorable Veronica Vasquez, Judge Presiding

# O R D E R

On October 21, 2021, appellee filed a motion to dismiss this appeal for want of jurisdiction. Appellants had ten days to respond before we could hear or determine the motion, pursuant to Rule 10.3 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 10.3(a). Appellants did not respond within ten days and have not responded to date. Appellants may file a response to appellee's motion on or before November 19, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

